**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mosab Kevin Aldwaik,

Plaintiff,

vs.

Sears, Roebuck and Co.,

Defendant.

Court File No. 01-CV-1839 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed, on the merits, with prejudice, and without costs to either party.

Dated: June 4, 2002

**LITTLER MENDELSON, P.C.**

By: ______________________

Andrew J. Voss (#241556)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANT SEARS, ROEBUCK AND CO.**

FILED 6-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 6-17-02
DEPUTY CLERK ______

Dated: June 4, 2002

**LAW OFFICES OF**
**SIVERTSON AND BARRETTE, P.A.**

By: ______________________
Alf E. Sivertson (#122233)
The Barrister Building
St. Paul, MN 55106
Telephone: 651.778.0575

**ATTORNEYS FOR PLAINTIFF**
**MOSAB KEVIN ALDWAIK**

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 14, 2002

BY THE COURT

______________________
HONORABLE DAVID S. DOTY
Judge of United States District Court